

MARK D. LONERGAN (State Bar No. 143622)
EDWARD R. BUELL III (State Bar No. 240494)
BRIAN S. WHITTEMORE (State Bar No. 241631)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
WELLS FARGO BANK, N.A.



Submitting counsel are directed to serve this order upon all other non-efiling parties in this action.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO BERNARDINO and ANA BERNARDINO,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.; FIRST AMERICAN LOANSTAR TRUSTEE SERVICES, a Business Entity, form unknown; KONDAUR CAPITAL CORPORATION, a Delaware Corporation; MICHAEL GLICKMAN, an individual; JENNIFER GLICKMAN, an individual; JOHANNES M. MULDER, an individual; TRUE COMPASS, LLC, a Business Entity, form unknown; FCI LENDER SERVICES, INC., a Business Entity, form unknown; and DOES 1 through 50, inclusive<br><br>Defendants. | Case No. 3:11-CV-03738-SI<br><br>**DEFENDANT'S REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Date: January 13, 2012<br>Time: 2:30 p.m.<br>Courtroom: 10, 19th Floor<br>Judge: Hon. Susan Illston<br><br>THE CASE MANAGEMENT CONFERENCE IS CONTINUED TO 2/24/12, AT 2:30 P.M. |



IT IS SO ORDERED
Judge Susan Illston

07685/1071/2080302.1

Defendant Wells Fargo Bank, N.A. ("Defendant") respectfully request that this Court continue the Initial Case Management Conference now set for January 13, 2012, and all associated deadlines. Defendant request this continuance as result of the Court's ruling on October 27, 2011 granting Defendant's Motion to Dismiss with leave to amend.

Pursuant to that order, Plaintiffs had until November 18, 2011 to file an amended complaint. Plaintiffs did so and Defendant filed a Motion to Dismiss the first amended complaint. That motion is now set to be heard on January 27, 2012. As Defendant's dispositive motion has not yet been heard on the merits, the deadlines associated with the Initial Case Management Conference, and the Initial Case Management Conference itself, are premature.

Accordingly, Defendant respectfully requests that this Court continue the Initial Case Management Conference to a future date to first allow Defendant a hearing on its Motion to Dismiss.

DATED: January 3, 2012

SEVERSON & WERSON
A Professional Corporation

By: /s/ Brian S. Whittemore
    BRIAN S. WHITTEMORE

Attorneys for Defendants
WELLS FARGO BANK, N.A

07685/1071/2080302.1

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of San Francisco, California; my business address is Severson & Werson, One Embarcadero Center, Suite 2600, San Francisco, CA 94111.

On the date below I served a copy, with all exhibits, of the following document(s):

**DEFENDANT'S REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

on all interested parties in said case addressed as follows:

| | |
|---|---|
| Eduardo Bernardino<br>Ana Bernardino<br>68 E. Moltke Street<br>Daly City, CA 94014 | *Plaintiffs in Pro Per*<br>Telephone: (650) 534-6239 |
| James J. Ramos, Esq.<br>Wright Finlay & Zak, LLP<br>4665 MacArthur Court, Suite 280<br>Newport Beach, CA 92660 | *Attorneys for Defendant Kondaur Capital Corporation*<br>Telephone: (949) 477-5050<br>Facsimile: (949) 477-9200 |

☒ **(BY MAIL)** By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California in sealed envelopes with postage fully prepaid.

☒ **(BY ELECTRONIC SERVICE)** Pursuant to CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record listed above who are registered with the Court's EC/ECF system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in San Francisco, California, on January 3, 2012.

Stephanie Young